## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **KELLY J. CLARKE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 12-CV-2312** |
| | ) | |
| **ARENA FOOD SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

A Report and Recommendation (#26) was filed by the Magistrate Judge in the above cause on May 21, 2014. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#26) is accepted by this court.

(2) Defendant's Motion to Dismiss By Rule 12(b)(6) (#24) is GRANTED in full and Plaintiff's Amended Complaint (#23) is dismissed with prejudice.

(3) This case is terminated.

ENTERED this 10th day of June, 2014.


s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE